# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND AND INTERNATIONAL TRAINING FUND,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>ALL SEASONS INTERIOR & EXTERIOR MAINTENANCE, INC., a NEVADA CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | Case No.:  2:14-cv-00436-GMN-GWF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FOLEY** |

　　　　Before the Court for consideration is the Report and Recommendation (ECF No. 33) of the Honorable George W. Foley, Jr., United States Magistrate Judge, entered July 22, 2015.

　　　　Pursuant to Local Rule IB 3-2(a), objections were due by August 8, 2015.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Foley's recommendation that Plaintiff's Motion for Default Judgment (ECF No. 23) be granted.  Therefore, the Court has determined that Magistrate Judge Foley's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

　　　　**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 33) is **ACCEPTED and ADOPTED in full**.  Plaintiff's Motion for Default Judgment (ECF No. 23) is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff be awarded $23,259.76 in damages, $51,020.42 in attorneys' fees, and $1,559.48 in costs from Defendant All Seasons Interior & exterior Maintenance, Inc.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this __7__ day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court