AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

TRUSTEES OF THE PLUMBERS AND
PIPEFITTERS NATIONAL PENSION FUND AND
INTERNATIONAL TRAINING FUND,

Plaintiff,

V.

ALL SEASONS INTERIOR & EXTERIOR
MAINTENANCE, INC., a NEVADA
CORPORATION, et al.,

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-00436-GMN-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff be awarded $23,259.76 in damages, $51,020.42 in attorneys' fees,
and $1,559.48 in costs from Defendant All Seasons Interior & Exterior Maintenance, Inc.

| | |
|---|---|
| August 10, 2015 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Molly Morrison |
| | (By) Deputy Clerk |